**DISMISS and Opinion Filed March 21, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01223-CR

### No. 05-23-01224-CR

**JORGE GALLEGOS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-61382-X, F20-61381-X**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Goldstein

Before the Court is appellant's Motion to Withdraw Appeal. The motion is

signed by appellant and his counsel. We grant the motion and dismiss the appeals.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

231223F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JORGE GALLEGOS, Appellant

No. 05-23-01223-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District
Court No. 6, Dallas County, Texas
Trial Court Cause No. F-2061382-X.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Pedersen, III participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 21, 2024



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JORGE GALLEGOS, Appellant

No. 05-23-01224-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F20-61381-X.
Opinion delivered by Justice Goldstein. Justices Molberg and Pedersen, III participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 21, 2024